## FORT TRUMBULL CONSERVANCY, LLC *v.* PLANNING AND ZONING COMMISSION OF THE CITY OF NEW LONDON

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*Scott W. Sawyer,* in support of the petition.

*Jeffrey T. Londregan,* in opposition.

Decided September 9, 2003

## MYROSLAW DRAGAN ET AL. *v.* STAMFORD HOSPITAL

The named plaintiff's petition for certification for appeal from the Appellate Court, 76 Conn. App. 907 (AC 17272), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Myroslaw Dragan,* pro se, in support of the petition.

*Charles D. Ray, David A. Reif, Ronald D. Williams* and *Susannah K. Nigro,* in opposition.